In re GOLDSMITH. (Supreme Court, Appellate Division, First Department. January 20, 1905.) In the matter of Bella Goldsmith. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.